ORIGINAL

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
JULIAN R. HOOD, JR.,                *
                                    *
        Plaintiff,                  *
                                    *   No. 16-570
v.                                  *   Filed: July 1, 2016
                                    *
UNITED STATES,                      *
                                    *
        Defendant.                  *
                                    *
* * * * * * * * * * * * * * * * *   *
```

FILED
JUL - 1 2016
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On June 8, 2016, the court issued an Order in the above-captioned case noting that:

> Pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims, plaintiff shall either pay the $400.00 filing fee or file a motion to proceed in forma pauperis in Case Number 16-570. If plaintiff intends to file a motion to proceed in forma pauperis or pay the filing fee in Case Number 16-570, plaintiff shall file such a motion or pay the filing fee on or before **June 30, 2016**. If plaintiff does not file a motion to proceed in forma pauperis or submit the filing fee on or before June 30, 2016, the court will dismiss his complaint.

As of July 1, 2016, plaintiff has not filed a motion to proceed in forma pauperis nor has plaintiff submitted the requisite filing fee. Therefore, pursuant to RCFC 41(b), the above-captioned case is **DISMISSED**, without prejudice, for failure to follow the court's Order. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

IT IS SO ORDERED.

MARIAN BLANK HORN
Judge